# STEPHEN D. HANS
## & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

**T:** 718.275.6700 • **F:** 718.275.6704

NILS C. SHILLITO
**ASSOCIATE**
Tel: 718.275.6700 x 205
nshillito@hansassociates.com

February 29, 2012

*VIA FEDERAL EXPRESS*
*(FedEx Tracking No.: 7981 1456 1404)*

Honorable A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722

> **Re:**   **Gonzales v. 811 Elmont Rd. General Merchandise Inc.**
> **Case No. 11 Civ. 1850 (DRH)(AKT)**

Dear Judge Tomlinson:

      This firm represents the defendants in connection with the above-referenced matter. Enclosed is a copy of the parties' fully executed settlement agreement in this case, which is submitted for Your Honor's review and approval. Also enclosed is a proposed order of dismissal with prejudice. Both the written agreement and the proposed order of dismissal are in furtherance of the oral agreement reached at the settlement conference before Your Honor held on January 11, 2012, and embody the specific terms of settlement agreed to at that time.

      Counsel for the parties remain available for a telephone conference should Your Honor have any questions regarding the parties' written settlement agreement.

Respectfully submitted,

Nils C. Shillito (NS-6755)

**Enclosures**

cc:   Joseph, Herzfeld, Hester & Kirschenbaum LLP
      Attn: Denise A. Schulman, Esq. (via email)