UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PABLO A. NOLASCO GONZALES,

                Plaintiff,

                                                    11 Civ. 1850 (DRH)(AKT)

      -against-

811 ELMONT RD. GENERAL MERCHANDISE
INC. d/b/a 99 CENT TIME and ABDUL HAMEED,    **ORDER OF VOLUNTARY**
                                                              **DISMISSAL WITH PREJUDICE**
                          Defendants.
----------------------------------------------------------------X

        Upon the joint application of the plaintiff and the defendants, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

        HEREBY ORDERED AS FOLLOWS:

        1.     The duly executed agreement, which includes, among other things, a waiver and release of the plaintiff's claims pursuant to the Fair Labor Standards Act of 1938, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

        2.     The settlement agreement is approved as a fair and reasonable disposition of the plaintiff's claims; and

        3.     This action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction over this matter for purposes of enforcing the parties' settlement agreement, if necessary.

        SO ORDERED.

Dated: Central Islip, New York
       March 1, 2012

                                                                  United States ~~District~~ Magistrate Judge